445 A.2d 498

**COMMONWEALTH of Pennsylvania**

**v.**

**Bernadette KING, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 19, 1982.

Decided May 25, 1982.

Salvatore J. Cucinotta, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., David Da Costa, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Judgment of Sentence Affirmed.